AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
JUSTIN JOSE ROMO

Case No. MJ-23-13-M-KLD

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 2022 - September 2022 in the county of Flathead in the District of Montana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with intent to distribute methamphetamine |
| 21 USC 846 | Conspiracy to possess with intent to distribute methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

/s/ Troy Capser
*Complainant's signature*

Troy Capser, Special Agent
*Printed name and title*

Sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: Feb 7, 2023

*Judge's signature*

City and state: Missoula, Montana

Kathleen L. DeSoto
*Printed name and title*

18. Based on the above information, it is your affiant's belief probable cause exists to charge Justin Jose Romo with knowingly and unlawfully possessing fentanyl with the intent to distribute, and conspiring to do so, in violation of 21 U.S.C. §§ 841(a)(1); 846 and 18 U.S.C. §§ 924(c)(1)(A)(i).

/s/ Troy M. Capser
Troy M. Capser, Special Agent
Homeland Security Investigations

Sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on February 7, 2023.

United States Magistrate Judge Kathleen L. DeSoto